FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 7 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1 **WO**

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7 FOR THE DISTRICT OF ARIZONA

8

9 United States of America, ) CR-09-50167-01-PHX-FJM

10   Plaintiff, )

11 vs. )

12 Jose Alejandro Borbon-Sanchez, ) **ORDER**

13   Defendant. )

14 _____)

15

16  A detention hearing and a preliminary revocation hearing on the Petition on

17 Supervised Release were held on December 4, 2009.

18  **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19 voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20 has consented to the issue of detention being made based upon the allegations in the Petition.

21  **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22 of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23 he is not a flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

24  **IT IS ORDERED** that the Defendant shall be detained pending further order of the

25 court.

26  DATED this 8th day of December, 2009.

27

28      Lawrence O. Anderson
     United States Magistrate Judge